John L. Williams, Esq. [SBN: 43912]
LAW OFFICES OF JOHN L. WILLIAMS
111 NORTH MARKET ST., SUITE 300
San Jose, CA 95113
(408) 332-5832 - Telephone
(408) 332-5842 - Facsimile

Attorney for Defendant
FRANCIS YUEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-00488 YGR |
| Plaintiff, | **DECLARATION OF JOHN WILLIAMS IN SUPPORT OF ORDER DELETING THE CONDITION THAT FRANCIS YUEN SEEK AND MAINTAIN VERIFIABLE EMPLOYMENT PENDING HIS SURRENDER.** |
| vs. | |
| FRANCIS YUEN, | |
| Defendant. | |

I, JOHN L. WILLIAMS, DO HEREBY DECLARE AS FOLLOWS:

1. I am an attorney licensed to practice in the State of California.

2. I am the attorney of record for Mr. Francis Yuen.

3. On October 15th, 2014, Mr. Yuen made an initial appearance in the Northern District of California and was released by the Court on a Personal Recognizance bond in the amount of $100,000.00, to be secured by $10,000.00 in cash. Mr. Yuen was also subject to certain terms of supervision by the Office of Pretrial Services.

4. On May 27th, 2015, Mr. Yuen entered a plea of guilty before the Honorable Yvonne Gonzalez Rogers as part of a plea agreement with the United States Government. Mr. Yuen was allowed to remain out of custody, remaining under the supervision of the Office of Pretrial Services, pending his sentencing date set October 19th, 2015.

5. On October 19th, 2015, Mr. Yuen received a sentenced of 46 months in the Bureau of Prisons, but was allowed to remain out of custody pending a surrender date of April 1st, 2016.

6. Officer Victoria Gibson of the Office of Pretrial Services has requested of counsel for the defense, John L. Williams, that he request from this Court the deletion of the condition of release for Francis Yuen that he seek and maintain verifiable employment pending his surrender to the Bureau of Prisons.

7. I have contacted Assistant United States Attorney Robert S. Leach in regard to this request. Mr. Leach has no objection to the deletion of this term of release.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except as to those matters stated upon information and belief, and, as to those matters, I believe them to be true.

Signed this ___17th___ day of November, 2015 in San Jose, California.

/s/
JOHN L. WILLIAMS